ORIGINAL

WILSON PETTY KOSMO & TURNER LLP
MERYL C. MANEKER (188342 )
LISA A. HILL (223995)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** mmaneker@wpkt.com
**E-mail:** lhill@wpkt.com

Attorneys for Defendants
CENTEX HOME SERVICES COMPANY LLC
DBA CENTEX HOMETEAM SERVICES AND
HOMETEAM PEST DEFENSE LLC

FILED
08 APR 25 PM 3:49
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MANN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOMETEAM PEST DEFENSE, LLC, A DELAWARE LLC DOING BUSINESS IN CALIFORNIA; CENTEX HOMETEAM SERVICES, AN UNKNOWN BUSINESS ENTITY; JESSE QUIROZ; AND KEVIN KELLOUGH, INDIVIDUALS; AND DOES 1 THROUGH 25,<br><br>Defendants. | '08 CV 755 WQH CAB<br>Case No.<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST OF DEFENDANT HOMETEAM PEST DEFENSE, LLC**<br><br>**[FRCP 7.1(a) and Local Rule 40.2]**<br><br>Complaint Filed: February 22, 2008 |

Pursuant to FRCP 7.1(a) and Local Rule 40.2, Defendant HomeTeam Pest Defense, LLC by and through its counsel of record, provide the following Notice of Party with Financial Interest:

The following entities are parent corporations or any publicly-held company that owns 10% or more of HomeTeam Pest Defense LLC.

1. Centex Home Services Company LLC

Dated: April 25, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: [signature]

MERYL C. MANEKER
LISA A. HILL
Attorneys for Defendants
CENTEX HOME SERVICES COMPANY LLC DBA CENTEX HOMETEAM SERVICES AND HOMETEAM PEST DEFENSE LLC

OF COUSEL:

BAKER BOTTS L.L.P.
DAN HARTSFIELD (TX Bar No. 09170800)
KAREN E. GRIFFIN (TX Bar No. 00796680)
CYNTHIA UDUEBOR (TX Bar No. 24047012
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

| UNITED STATES DISTRICT COURT<br>IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>MANN v. HOMETEAM PEST DEFENSE, LLC, ET AL. | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>MERYL C. MANEKER (188342)<br>LISA A. HILL (223995)<br>**WILSON PETTY KOSMO & TURNER LLP**<br>550 West C Street, Suite 1050<br>San Diego, CA 92101 | TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendants CENTEX HOME SERVICES COMPANY LLC DBA CENTEX HOMETEAM SERVICES AND HOMETEAM PEST DEFENSE LLC | HEARING DATE – TIME | CASE NUMBER: |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On April 25, 2008, I served the following documents:

1. **NOTICE OF PARTY WITH FINANCIAL INTEREST OF DEFENDANT HOMETEAM PEST DEFENSE, LLC**

I served the documents on the person below, as follows:

United Employees Law Group, P.C.
Walter L. Haines, Esq.
Steven D. Waisbren, Esq.
Gregory A. Douglas, Esq.
65 Pine Ave., Ste. 312
Long Beach, CA 90802
Tel: 562-256-1047
Fax: 562-256-1006
***Counsel for Plaintiff Ronald Mann***

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 25, 2008, at San Diego, California.

Lori Cutrell