BAKER BOTTS, LLP
DAN HARTSFIELD (Admitted *pro hac vice*)
KAREN E. GRIFFIN (Admitted *pro hac vice*)
CYNTHIA UDUEBOR(Admitted *pro hac vice*)
2001 Ross Avenue
Suite 1000
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214)9 53-6501
**E-mail:** dan.hartsfield@bakerbotts.com
**E-mail:** karen.griffin@bakerbotts.com
**E-mail:** cynthia.uduebor@bakerbotts.com

WILSON PETTY KOSMO & TURNER LLP
CLAUDETTE G. WILSON (110076)
MERYL C. MANEKER (188342 )
LISA A. HILL (223995)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**Email: mmaneker@wpkt.com**
**Email: lhill@wpkt.com**

Attorneys for Defendants
CENTEX HOME SERVICES COMPANY LLC
DBA CENTEX HOMETEAM SERVICES AND
HOMETEAM PEST DEFENSE LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RONALD MANN, AN INDIVIDUAL

Plaintiff,

v.

HOMETEAM PEST DEFENSE, LLC, A DELAWARE LLC DOING BUSINESS IN CALIFORNIA; CENTEX HOMETEAM SERVICES, AN UNKNOWN BUSINESS ENTITY; JESSE QUIROZ; AND KEVIN KELLOUGH, INDIVIDUALS; AND DOES 1 THROUGH 25,

Defendants.

Case No. 08-CV-755-WQH-CAB
(San Diego County Superior Court
Case No. 3702008-00078580-CU-OE-CTL)

**DECLARATION OF ROBERT WANZER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Complaint Filed: February 22, 2008

DATE: June 23, 2008
TIME: (NO ORAL ARGUMENT UNLESS REQUESTED BY COURT)
COURTROOM: 4

**DECLARATION OF ROBERT WANZER**

I, Robert Wanzer, declare as follows:

1. At all relevant times to the above action, I was the President of Centex Home Services Company LLC d/b/a Centex HomeTeam Services and its subsidiaries, which included HomeTeam Pest Defense, Inc. and HomeTeam Pest Defense, LLC ("CHTS"). In that capacity, I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could competently testify to these facts, under oath.

2. At all relevant times, CHTS was headquartered in Dallas, Texas and operated multiple branches throughout the United States, including California. In February 2005, HomeTeam acquired the assets of a pest control operation in San Diego.

3. Ronald Mann was employed as a pest control technician by HomeTeam Pest Defense, Inc. in its San Diego branch office from February 16, 2005 until July 5, 2005 and from July 18, 2005 until October 29, 2007.

4. Jessie Quiroz was the Branch Manager of the San Diego branch office at the time of Mann's hire, and Kevin Kellough was the Branch Manager of the San Diego branch office at the time of Mann's termination.

5. Quiroz and Kellough have never been corporate officers, directors, or held executive positions at any CHTS company including Mann's employer, HomeTeam Pest Defense, Inc.

6. Quiroz and Kellough have never had any ownership interest in any CHTS company including Mann's employer, HomeTeam Pest Defense, Inc.

7. Quiroz and Kellough have never mixed any personal assets with the corporate assets of any CHTS company and have never misappropriated corporate funds for their personal use. Quiroz and Kellough have never been successors, assigns, joint venturers, co-venturers, indemnitors, guarantors, partners or third party beneficiaries of any CHTS company.

8. The services Mann provided were for the benefit of HomeTeam Pest Defense, Inc. and not for the personal benefit of Quiroz or Kellough.

9. At all relevant times, Quiroz and Kellough reported to a regional manager. Their regional manager reported either directly to me or, after August 2007, to a division vice-president who, in turn, reported to me.

10. Neither Quiroz nor Kellough were decision-makers with respect to Mann's classification as either an exempt or nonexempt employee.

11. Neither Quiroz nor Kellough created company policy with respect to meal periods or rest breaks.

12. Neither Quiroz nor Kellough made a determination regarding the content of Mann's wage statements.

13. Neither Quiroz nor Kellough selected the bank accounts on which Mann's paychecks were issued.

I declare under penalty of perjury of the laws of the States of California and Texas and the United States of America that the foregoing is true and correct and that this declaration was executed this 5TH day of June, 2008.

Robert Wanzer