**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RONALD MANN, an individual,

Plaintiff,

vs.

HOMETEAM PEST DEFENSE, LLC, a Delaware corporation doing business in California; et al.,

Defendants.

CASE NO. 08cv755 WQH (CAB)

**ORDER**

HAYES, Judge:

On April 25, 2008, Defendants filed a Notice of Removal removing the above-captioned action to this Court (Doc. # 1). The Notice of Removal states:

> On February 22, 2008, an action was commenced in the Superior Court of the State of California, County of San Diego by filing a Complaint for Damages, Restitution and Statutory Penalties . . . , entitled *Ronald Mann v. HomeTeam Pest Defense, LLC, Centex HomeTeam Services*, *Jesse Quiroz, and Kevin Kellough*, Case No. 37-2008-00078580-CU-OE-CTL. A copy of this Complaint is attached as Exhibit A.

*Notice of Removal*, p. 2. However, the complaint attached to the Notice of Removal is entitled *Curtis Williams v. Hometeam Pest Defense, LLC, Centex Hometeam Services, Suncal Pest Management, Jesse Quiroz, and Ray Keech,* Case No. 37-2008-00078579-CU-OE-CTL. *Id.*, Exhibit A. The Court cannot decide the pending Motion to Remand without reference to the complaint filed in the above-captioned action. In light of the foregoing, Defendants are hereby

ordered to file and serve the complaint in the above-captioned in action within ten (10) days of the date of this order.

DATED: September 10, 2008

**WILLIAM Q. HAYES**
United States District Judge