BAKER BOTTS, LLP
DAN HARTSFIELD (Admitted pro hac vice)
KAREN E. GRIFFIN (Admitted pro hac vice)
CYNTHIA UDUEBOR(Admitted pro hac vice)
2001 Ross Avenue
Suite 1000
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214)9 53-6501
E-mail: dan.hartsfield@bakerbotts.com
E-mail: karen.griffin@bakerbotts.com
E-mail: cynthia.uduebor@bakerbotts.com

WILSON PETTY KOSMO & TURNER LLP
MERYL C. MANEKER (188342 )
LISA A. HILL (223995)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** mmaneker@wpkt.com
**E-mail:** lhill@@wpkt.com

Attorneys for Defendants
CENTEX HOME SERVICES COMPANY LLC
DBA CENTEX HOMETEAM SERVICES AND
HOMETEAM PEST DEFENSE LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RONALD MANN, AN INDIVIDUAL,

Plaintiff,

v.

HOMETEAM PEST DEFENSE, LLC, A DELAWARE LLC DOING BUSINESS IN CALIFORNIA; CENTEX HOMETEAM SERVICES, AN UNKNOWN BUSINESS ENTITY; JESSE QUIROZ; AND KEVIN KELLOUGH, INDIVUALS; AND DOES 1 THROUGH 25,

Defendants.

Case No. 08-CV-755-WQH-CAB

**NOTICE OF FILING STATE COURT COMPLAINT**

Complaint Filed: February 22, 2008

Judge: Honorable William Q. Hayes
Courtroom: 4

PLEASE TAKE NOTICE that, pursuant to the Court's order of September 10, 2008, the following pleading is hereby attached for consideration by the Court and inclusion in the file of this matter:

1. Complaint for Damages, Restitution and Statutory Penalties ("Complaint"), entitled *Ronald Mann v. HomeTeam Pest Defense, LLC, Centex HomeTeam Services, Jesse Quiroz, and Kevin Kellough*, filed in San Diego Superior Court on February 22, 2008, assigned Case No. 37-2008-00078580-CU-OE-CTL, and attached hereto at Exhibit A.

Dated: September 11, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: s/Meryl C. Maneker
MERYL C. MANEKER
LISA A. HILL
Attorneys for Defendants
CENTEX HOME SERVICES COMPANY LLC DBA CENTEX HOMETEAM SERVICES AND HOMETEAM PEST DEFENSE LLC C

| UNITED STATES DISTRICT COURT<br>IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>MANN v. HOMETEAM PEST DEFENSE, LLC, ET AL. | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>MERYL C. MANEKER (188342 )<br>LISA A. HILL (223995)<br>**WILSON PETTY KOSMO & TURNER LLP**<br>550 West C Street, Suite 1050<br>San Diego, CA 92101 | TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendants CENTEX HOME SERVICES COMPANY LLC DBA CENTEX HOMETEAM SERVICES AND HOMETEAM PEST DEFENSE LLC | HEARING DATE – TIME<br>June 23, 2008 | CASE NUMBER:<br>08-CV-755 WQH CAB |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On September 11, 2008, I served the following documents:

1. **NOTICE OF FILING STATE COURT COMPLAINT**

I served the documents on the person below, as follows:

United Employees Law Group, P.C.
Walter L. Haines, Esq.
Steven D. Waisbren, Esq.
Gregory A. Douglas, Esq.
65 Pine Ave., Ste. 312
Long Beach, CA 90802
Tel: 562-256-1047
Fax: 562-256-1006
***Counsel for Plaintiff Ronald Mann***

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 11, 2008, at San Diego, California.

Lori Cutrell